ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Case No. 6:13-CR-32-MHS |
| | § | |
| TARIQ MAHMOOD, M.D. (1) | § | |

## JURY VERDICT

### Question 1

As to **Count 1** of the First Superseding Indictment,

we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

_✓ mc_
_7-24-14_

_____          _____
Guilty                                              Not Guilty

**Proceed to next question.**



## Question 2

As to **Count 2** of the First Superseding Indictment (regarding patient "T.C."),

we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

✓  *MC*
7-24-14

Guilty                                           Not Guilty

**Proceed to next question.**



**Question 3**

As to **Count 3** of the First Superseding Indictment (regarding patient "S.C."),

we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,



_____✓___mc_____            _____
          7-24-14
   Guilty                                                    Not Guilty

**Proceed to next question.**

## Question 4

As to **Count 4** of the First Superseding Indictment (regarding patient "J.G."),

we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

✓ mc
7-24-14
Guilty                                              Not Guilty


**Proceed to next question.**

## Question 5

As to **Count 5** of the First Superseding Indictment (regarding patient "A.G."),

we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

_____✓___mc_____          _____
              7-24-14
Guilty                                          Not Guilty


**Proceed to next question.**

### Question 6

As to **Count 6** of the First Superseding Indictment (regarding patient "L.H."), we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

____✓ mc____   _____
    7-24-14
**Guilty**                               **Not Guilty**

**Proceed to next question.**

## Question 7

As to **Count 7** of the First Superseding Indictment (regarding patient "G.A."),

we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

____✓ mc____            _____
    7-24-14
Guilty                     Not Guilty

**Proceed to next question.**



Case 6:13-cr-00032-MHS-JDL   Document 144   Filed 07/24/14   Page 8 of 15 PageID #: 837

### Question 8

As to **Count 8** of the First Superseding Indictment (regarding patient "J.W."),

we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

✓ mc
7-24-14
_____               _____
  Guilty                          Not Guilty

**Proceed to next question.**

Jury Verdict                    Page 8 of 15



### Question 9

*Answer this question only if you answered "Guilty" to Question 2.*

As to **Count 9** of the First Superseding Indictment (regarding patient "T.C."),

we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

√ mc
7-24-14
Guilty                                           Not Guilty

**Proceed to next question.**



## Question 10

*Answer this question only if you answered "Guilty" to Question 3.*

As to **Count 10** of the First Superseding Indictment (regarding patient "S.C."),

we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

____✓ mc____          _____
   7-24-14
  Guilty                Not Guilty

**Proceed to next question.**



## Question 11

*<u>Answer this question only if you answered "Guilty" to Question 4.</u>*

As to **Count 11** of the First Superseding Indictment (regarding patient "J.G."),

we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

_____✓ mc_____          _____
    7-24-14
Guilty                          Not Guilty

**Proceed to next question.**

.

## Question 12

*<u>Answer this question only if you answered "Guilty" to Question 5.</u>*

As to **Count 12** of the First Superseding Indictment (regarding patient "A.G."), we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

\_\_\_\_✓ mc\_\_\_\_       7-24-14                    _____
   Guilty                                             Not Guilty

**Proceed to next question.**

## Question 13

*<u>Answer this question only if you answered "Guilty" to Question 6.</u>*

As to **Count 13** of the First Superseding Indictment (regarding patient "L.H."), we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

✓ mc
7-24-14

Guilty                                               Not Guilty

**Proceed to next question.**



**Question 14**

*Answer this question only if you answered "Guilty" to Question 7.*

As to **Count 14** of the First Superseding Indictment (regarding patient "G.A."), we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

_____✓ mc_____              _____
       7-24-14
Guilty                                Not Guilty


**Proceed to next question.**



### Question 15

*<u>Answer this question only if you answered "Guilty" to Question 8.</u>*

As to **Count 15** of the First Superseding Indictment (regarding patient "J.W."),

we, the jury, find the Defendant, **Tariq Mahmood, M.D.**,

_____✓___mc_____          _____
          7-24-14
Guilty                                                    Not Guilty

**The Foreperson should initial and date below to indicate that the foregoing represents the unanimous verdict of the jury.**

_____mc_____
Jury Foreperson Initials

_____7-24-14_____
Date

